IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-495-RJC-DCK

| | |
|---|---|
| FAMILY DOLLAR, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| INTERFACE SECURITY SYSTEMS, L.L.C., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by Terry M. Brown Jr., concerning Peter S. Russ on September 14, 2020. Peter S. Russ seeks to appear as counsel *pro hac vice* for Defendant Interface Security Systems, L.L.C. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **GRANTED**. Peter S. Russ is hereby admitted *pro hac vice* to represent Defendant Interface Security Systems, L.L.C.

Signed: September 14, 2020

David C. Keesler
United States Magistrate Judge